IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CLEMENTE CORRAL HERNANDEZ,**

    Petitioner,

    v.                                             **CASE NO. 2:06-cv-1038**
                                                        **JUDGE MARBLEY**
**MICHAEL EBERLIN,**                       **MAGISTRATE JUDGE ABEL**

    **Respondent.**

## OPINION AND ORDER

On December 13, 2006, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that the instant petition for a writ of habeas corpus be transferred to the United States District Court for the Northern District of Ohio at Cleveland.

Although the parties were specifically informed of their right to object to the *Report and Recommendation,* and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **TRANSFERRED** to the United States District Court for the Northern District of Ohio at Cleveland.

**IT IS SO ORDERED.**

                                                                         s/Algenon L. Marbley
                                                                     ALGENON L. MARBLEY
                                                                 United States District Judge